UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AILEEN DELACRUZ,**

        **Plaintiff,**

v.                                                              Case No: 6:22-cv-1099-EJK

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This cause comes before the Court on the Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (the "Motion") (Doc. 22), filed February 1, 2023. Therein, Defendant requests that the case be reversed and remanded to the Commissioner of Social Security, pursuant to sentence four[1] of 42 U.S.C. § 405(g), for the following reasons:

> The Commissioner requests remand to obtain supplemental vocational evidence that addresses and resolves any inconsistencies between the limitations outlined in the residual functional capacity and the jobs as described in the Dictionary of Occupational Titles, take any further action needed to complete the administrative record, give Plaintiff the opportunity for a hearing, and issue a new decision.

(*Id.* at 1.) Upon consideration, the Court will grant the Motion.

---

[1] A "sentence-four" remand refers to the fourth sentence of 42 U.S.C. § 405(g). Sentence four authorizes the Court to enter a "judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Accordingly, it is hereby **ORDERED** that:

1. Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Doc. 22) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the aforementioned reasons.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk is **DIRECTED** to enter a separate judgment in favor of Plaintiff and close the case.

**DONE** and **ORDERED** in Orlando, Florida on February 3, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE